**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1767**

MICHAEL H. MCGEE,

                                        Plaintiff - Appellant,

        versus

NORTH CAROLINA STATE BAR; STATE OF NORTH
CAROLINA; L. THOMAS LUNSFORD, Secretary, NC
State Bar; DUDLEY HUMPHREY, President of NC
State Bar; DAVID R. JOHNSON, Counsel for the
NC State Bar; A. ROOT EDMONSON, Counsel for
the NC State Bar; STEPHEN E. CULBRETH, NC Bar
DHC; JOSEPH G. MADDREY, NC Bar DHC; MARGUERITE
P. WATTS, NC Bar DHC; ELIZABETH BUNTING, NC
Bar DHC; R. MITCHELL TYLER, NC Bar DHC;
CALVIN E. MURPHY, Vice-President, NC State
Bar, in their official and individual
capacities,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan, Chief
District Judge. (CA-04-860-5-1FL)

Submitted: October 11, 2006      Decided: November 13, 2006

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael H. McGee, Appellant Pro Se. Carolin Delancey Bakewell, Thomas Frederick Moffitt, NORTH CAROLINA STATE BAR, Raleigh, North Carolina; William Norris Farrell, Jr., Special Deputy Attorney General, Raleigh, North Carolina; Grady L. Balentine, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael H. McGee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>McGee v. North Carolina State Bar</u>, No. CA-04-860-5-1FL (E.D.N.C. June 1, 2005). We deny as moot McGee's motions to expedite and for relief from stay and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>